# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: STACEY D. ADAMS. |
| v. | CASE NO. 16-cr-00045-JXN-1 |
| CASHISH PORTER *Defendant* *Amended.* | DATE OF PROCEEDINGS: 7/28/2025 |
| | DATE OF ARREST: |

**PROCEEDINGS:** I/A ON VOSR

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER:

- [x] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [x] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [x] OTHER: VOSR - Final

DATE:
DATE:
DATE:
DATE:
DATE: 8/14/25 at 2PM

**APPEARANCES:**

AUSA: JEVON HENRY

DEFT. COUNSEL: ~~LINA~~ Linda FOSTER

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 3:14 PM
TIME TERMINATED: 3:31 PM
CD NO: ECR

Jackeline Barco
DEPUTY CLERK